433 A.2d 129

Commonwealth v. Pilkington, Appellant.

Submitted December 6, 1979. Nino V. Tinari, for appellant; Kenneth Biehn, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

433 A.2d 129

Commonwealth v. Robinson, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.